United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mindy Nhen Ha  
      Debtor

Case No. 17-13520-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Aug 24, 2017  
                      Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.  
db          Mindy Nhen Ha,    1015 Wharton St,    Philadelphia, PA   19147-5034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: bankruptcy@phila.gov Aug 25 2017 01:18:00    City of Philadelphia,  
         City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
         Philadelphia, PA   19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2017 01:17:35  
         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
         Harrisburg, PA   17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2017 01:17:56    U.S. Attorney Office,  
         c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                     TOTAL: 3

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:  
       CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com  
       JOSHUA Z. GOLDBLUM    on behalf of Debtor Mindy Nhen Ha   jzgoldblum@aol.com,  
       G14492@notify.cincompass.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
       THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                  TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mindy Nhen Ha <br> *Debtor(s)* | CHAPTER 7 |
| JPMorgan Chase Bank, N.A. <br> *Movant* <br> vs. <br> Mindy Nhen Ha <br> *Debtor(s)* | NO. 17-13520 JKF |
| Christine C. Shubert Esq. <br> *Trustee* | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., and Movant having filed a Certificate of No Response (Docket Entry No. 13) ~~reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore~~, It is hereby

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 1GT524C83BZ164368 2011 GMC SIERRA 350 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  23rd  day of  August , 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

Mindy Nhen Ha
1015 Wharton Street
Philadelphia, PA 19147

Joshua Z. Goldblum, Esq.
826 Bustleton Pike (VIA ECF)
Suite 101 B
Feasterville, PA 19053

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532